UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DOE,

    Plaintiff,

v.                                                         CASE NO. 8:23-cv-456-SDM-CPT

FLORIDA HEALTH SCIENCES
CENTER, INC.,

    Defendant.

_____/

## **ORDER**

    In this action, the (pseudonymous) plaintiff sues Tampa General Hospital (TGH) and alleges that TGH allowed Meta to collect a patient's protected health information from TGH's "MyChart" website. The plaintiff moves (Doc. 38) for leave to proceed under a pseudonym. TGH responds (Doc. 41) in opposition and files a notice (Doc. 42) of supplemental authority.

    For the reasons stated in TGH's response (Doc. 41), including the plaintiff's request to represent a class and the lack of an infamous stigma attending the plaintiff's medical history, the plaintiff fails to demonstrate that this action justifies

pseudonymity. Accordingly, the motion (Doc. 38) is **DENIED**. Not later than **JULY 14, 2023**, the plaintiff must amend the complaint to sue under his name.

ORDERED in Tampa, Florida, on June 28, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE